**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Pamela Annette Page
Plaintiff,
v.
Case No.: 1:23−cv−03463
Honorable Maria Valdez
Martin O'Malley
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 3, 2024:

MINUTE entry before the Honorable Maria Valdez: Plaintiff's Counsel's Motion for Attorney Fees Under the Equal Access to Justice Act [33] is granted, and fees are awarded for 47.9 hours in the amount of $10,102.50. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.